IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAN J. CATERBONE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2712 |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 24th day of July, 2018, upon consideration of Plaintiff Stan J. Caterbone's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* "Verified Petition for Temporary Injunction" (ECF No. 2), which the Court has construed as his Complaint, and his "Amended Verified Petition for Temporary Injunction" (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED with prejudice** for the reasons set forth in the Court's Memorandum. Caterbone may not file an amended complaint in this matter.

3. Caterbone's "Amended Verified Petition for Temporary Injunction" is **DISMISSED without prejudice** to Caterbone's right to proceed as directed in Civil Action No. 18-2710.

4. The Clerk of Court shall **CLOSE** this case.

                                                    **BY THE COURT:**

                                                  **/s/ Jeffrey L. Schmehl**
                                                  **JEFFREY L. SCHMEHL, J.**